UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATE OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE FRANCISCO ARMENTA ESCALANTE, <br><br> Defendant. | Case No. 21-cr-54-RAJ <br><br> DETENTION ORDER |

Mr. Escalante is charged with Possession of a Controlled Substance with Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and (B), and 18 U.S.C. § 2. On April 2, 2021, the Court held a Zoom videoconference, with the consent of Mr. Escalante, due to the exigent circumstances as outlined in General Order 18-20.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention set forth on the record and hereafter, finds: There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e). Mr. Escalante poses a risk of nonappearance due to his residence and family ties in Mexico and lack of ties in Washington. Mr. Escalante poses a risk of danger due to the nature of the offense. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of

DETENTION ORDER - 1

conditions that will reasonably assure Mr. Escalante's appearance at future court hearings while addressing the danger to other persons or the community.

Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the Mr. Escalante as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Escalante shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Escalante shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Escalante is confined shall deliver the Mr. Escalante to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Mr. Escalante, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 2nd day of April, 2021.

*MJPeterson*

MICHELLE L. PETERSON
United States Magistrate Judge