The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE FRANCISCO ARMENTA ESCALANTE and GUMARO MANUEL GONZALEZ FELIX,<br><br>Defendants. | No. CR21-054 RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THIS MATTER having come before the Court on the parties' stipulated motion for a continuance of the trial and the pretrial motions due date, and the Court having considered the facts set forth in the motion and the records and files herein, the Court FINDS as follows:

1. That the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation and that these factors outweigh the best interests of the public and defendants in a speedy trial.

2. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE AND PRETRIAL
MOTIONS DEADLINE - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

failure to grant a continuance in the proceeding would likely result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

3. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to review discovery and effectively prepare for trial. All of these factors outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that the parties' stipulated motion (Dkt. # 31) is GRANTED. The trial date in this matter is continued to October 12, 2021. All pretrial motions, including motions in limine, shall be filed no later than September 2, 2021.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this Order to the new trial date of October 12, 2021, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 25th day of May, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge