The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE FRANCISCO AREMENTA ESCALANTE,<br><br>Defendant. | No. CR21-054RAJ<br><br>ORDER |

THE COURT has considered the stipulated motion of the parties to make findings on the need to conduct the plea hearing in this case by videoconference along with all the records and files in this case and the General Orders currently in effect.

THE COURT FINDS that the circumstances are as set forth in the motion and that conducting the plea hearing by video is justified in this case because further delays would have caused "serious harm to the interests of justice," *see* General Order No. 04-20 (extended by General Order 16-21), for the reasons set forth in the motion. It is therefore ORDERED that this plea may proceed via videoconference before a U.S. Magistrate Judge.

DATED this 28th day of February, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER - 1
*U.S. v. Armenta Escalante,* CR21-054RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970